**BACKENROTH FRANKEL & KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
(212) 593-1100

June 17, 2021

The Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601-4140

      **Re:**     **In re 53 Stanhope LLC, Case no. 21-cv-05177-UA**

Dear Judge Seibel:

      I am writing as Appellee/Debtor's counsel in response to the Court Order entered yesterday under docket no. 9.

      Appellee believes that the above-referenced appeal is related to the appeal pending under case no. 21-CV-2807 since both appeals arise from decisions in the same procedurally consolidated bankruptcy cases, both appeals involve common facts and both appeals involve the same parties.

      If you take the case, the Appellee requests that the due date for its response to the Appellant's motion for a stay pending appeal be extended from Saturday, June 19 at 1:00 p.m. to Sunday June 20 at 1:00 p.m. The Appellees principals are observant Jews and will be unavailable to assist counsel on Friday night or Saturday, but will be available on Saturday night and Sunday morning.

      Thank you for your courtesies.

                                        Respectfully Submitted,

                                        s/Mark Frankel

                                        Mark Frankel

cc:     Jennifer Recine (By Email)
         John Cahalan (By Email)
         Andrea Caruso (By Email)