# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-one.

Before:    Michael H. Park,
                 *Circuit Judge.*

_____

| | | |
|---|---|---|
| Brooklyn Lender LLC, | **ORDER** | |
| Petitioner, | Docket No. 21-1535 | |
| v. | | |
| D & W Real Estate Spring LLC, Meserole and Lorimer LLC, | | |
| Respondents. | | |

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **June 24, 2021**

    Petitioner Brooklyn Lender LLC moves for an emergency stay of the bankruptcy court's June 9, 2021 order (as amended June 10, 2021) confirming the Debtors' reorganization plan, pending appellate review of the order in the district court and pending review by this Court of the district court's denial of Petitioner's motion for a stay. Petitioner also seeks an interim administrative stay of the effectiveness of the confirmation order pending the Court's consideration of this motion and the petition for a writ of mandamus.

    IT IS HEREBY ORDERED that, to the extent Petitioner requests an interim administrative stay of the confirmation order, that request is DENIED. The petition for a writ of mandamus and request for a stay pending appeal will be determined by a three-judge panel in the ordinary course.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*/s/ Catherine O'Hagan Wolfe*

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court
*/s/ Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 06/24/2021