UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

53 STANHOPE LLC, et al.,

      Debtors.
-----------------------------------------------------------X
BROOKLYN LENDER LLC,

     Appellant,          21 **CIVIL** 5177 (CS)

  -against-

D & W REAL ESTATE SPRING LLC and
MESEROLE AND LORIMER LLC,

     Appellees.
-----------------------------------------------------------X
BROOKLYN LENDER LLC,

     Appellant,

  -against-             21 **CIVIL** 2807 (CS)
                  21 **CIVIL** 5867 (CS)
                  **JUDGMENT**

53 STANHOPE LLC,

     Appellee.
-----------------------------------------------------------X

  It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 1, 2022, Brooklyn Lender's appeals are DENIED as equitably moot; accordingly, the cases are closed.

**Dated:** New York, New York
    August 1, 2022

                    **RUBY J. KRAJICK**
                    _____
                    **Clerk of Court**
              **BY:** *K. Mango*
                    _____
                    **Deputy Clerk**